No. 90–6589.   ASBURY v. WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 90–6590.   BEACHEM v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 90–6591.   MELVIN v. FLORIDA ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 90–6593.   COWART v. TEXAS.   Sup. Ct. Tex.   Certiorari denied.

No. 90–6594.   FERENC v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–6596.   SMITH v. TENNESSEE.   C. A. 6th Cir.   Certiorari denied.

No. 90–6597.   BADLEY v. SCULLY, SUPERINTENDENT, GREENHAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 90–6598.   KEENE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 90–6599.   HARRISON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 90–6600.   WILLIAMS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 90–6601.   STARR v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES (WORKERS COMPENSATION).   Ct. App. D. C.   Certiorari denied.

No. 90–6602.   GREEN ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–6604.   MITCHELL v. ROLLINS, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 90–6605.   MACKEY v. MICHIGAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–6606.   DELGADO v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.